( E BELOW FOR FILING STAMP ONLY) RCB:lm 7/15/14

Roland C. Bainer [SBN 60488]
CLAYSON, MANN, YAEGER & HANSEN
A PROFESSIONAL LAW CORPORATION
CLAYSON LAW BUILDING
601 SOUTH MAIN STREET
CORONA, CALIFORNIA 92882-3418
POST OFFICE BOX 1447
CORONA, CALIFORNIA 92878-1447
AREA CODE 951
737-1910
689-7241

JS-6

Attorneys for   Defendant LOMA LINDA UNIVERSITY MEDICAL CENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHARLES BRUMBLE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOMA LINDA UNIVERSITY MEDICAL CENTER, a California Corporation,<br><br>Defendant. | CASE NO. ED CV14-00044 VAP (DTBx)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

THE LAW OFFICE OF MICHAEL L. TRACY

Dated: August 22, 2014        By ___/s/___
                                MEGAN E. ROSS
                                Attorneys for Plaintiff CHARLES BRUMBLE

CLAYSON, MANN, YAEGER & HANSEN
A Professional Law Corporation

Dated: August 22, 2014        By _____
                                ROLAND C. BAINER
                                Attorneys for Defendant
                                LOMA LINDA UNIVERSITY
                                MEDICAL CENTER

1  I certify that plaintiff's counsel, Megan Ross, concurs in the filing's content and has
2  authorized electronic signature on her behalf.

3

4  Dated: August 22, 2014                          _____
5                                                   ROLAND C. BAINER

6

7

   Loma Linda University Medical Center\Charles Brumble .248\pld\llumc brumble-2.stp
8

9

10

11

IT IS SO ORDERED.
DATED: Aug 25 2014

_____
UNITED STATES DISTRICT JUDGE